UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN INFERTILITY OF NEW YORK, P.C
d/b/a CENTER FOR HUMAN REPRODUCTION                 21-cv-9275 (JGK)

              Plaintiff,                              ORDER

     - against -

ALEJANDRO MAYORKAS, et al.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

The time for the defendants to respond to the complaint is extended to a time to be set at the initial conference scheduled for **January 21, 2022** at **3:00 p.m.**

SO ORDERED.

Dated:   New York, New York
           December 21, 2021

                                                 John G. Koeltl
                                        United States District Judge